UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
ALEXANDER S BYARS,

CASE NO: 3:09-bk-02657-JAF

Debtor.
_____/

## ORDER DISMISSING CASE

The Debtor having failed to file Schedules A through J in accordance with the Order Granting Debtor's Motion to Extend Time To File Schedules, Statement of Financial Affairs and Chapter 13 Plan dated April 23, 2009,

Accordingly:

**IT IS ORDERED** that:

1. This case is dismissed.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted.

3. The Trustee shall refund all funds on hand, if any, to the Debtor.

**DONE AND ORDERED** at Jacksonville, Florida, on May 14, 2009.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
All Interested Parties